UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ] | Docket No. 18-CR-30024 (MGM) |
|---|---|---|
| - against - | ] | |
| JEFFREY PIERCE | ] | |
| Defendant | ] | |

## MOTION TO WITHDRAW GUILTY PLEA

The Defendant hereby moves this Honorable Court, pursuant to Federal Rules of Criminal Procedure 11(d)(2)(B), for leave to withdraw his previously entered plea of guilty to so much of the above-captioned Information charging him with Conspiracy to Commit Receipt of Money Through Transactions of a Federal Credit Union with Intent to Defraud.

As grounds therefore, Defendant states that he has come to understand that he did not possess intent to defraud at the time he engaged in conduct that resulted in a fraud upon a federal credit union and accordingly that there is a fair and just reason for requesting the withdrawal.

Respectfully submitted,

JEFFREY PIERCE
By His Attorney


*/s/     Lori H. Levinson, Esq.*
Lori H. Levinson
BBO#566685
THE LAW OFFICE OF LORI H. LEVINSON, PC
500 Main Street, Suite 2
Great Barrington, MA 01230
(413) 528-2355

CERTIFICATE OF SERVICE

I certify that I sent this Motion to all persons designated for receipt of ECF filings in this matter by filing it through the ECF system on April 9, 2019.

*/s/  Lori H. Levinson, Esq.*
Lori H. Levinson, Esq.